Sandra I. Weishart (SBN 89782)
sweishart@hinshawlaw.com
Vivian I. Orlando (SBN 213833)
vorlando@hinshawlaw.com
Paul Rodriguez (SBN 307139)
prodriguez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
HCC Life Insurance Company

JS-6

FILED
CLERK, U.S. DISTRICT COURT

September 25, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDLANDS COMMUNITY HOSPITAL, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>HCC LIFE INSURANCE COMPANY, an Indiana corporation and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 5:16-cv-2583-SJO (DTBx)<br><br>Honorable S. James Otero<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>(Filed Concurrently with Stipulation To Dismiss Action, With Prejudice)<br><br>Complaint Filed: 9/22/2016 |

# ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, with each party bearing its own attorneys' fees and costs and waiving all rights of appeal.

IT IS SO ORDERED.

Dated: 9/25/17

*S. James Otero*

Hon. S. James Otero
United States District Court Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36231669v1 0993380